# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 25-CR-0654-AJB |
|---|---|
| Plaintiff, | **JUDGMENT AND ORDER GRANTING UNITED STATES' MOTION TO DISMISS THE INFORMATION WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a)** |
| v. | |
| BLANCA ESTELA GARZA, | |
| Defendant | |

Upon the motion of the United States, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Information against the Defendant in this case is dismissed without prejudice.

IT IS SO ORDERED.

DATED: August 29, 2025

HONORABLE JINSOOK OHTA
UNITED STATES DISTRICT JUDGE
*For*
HONORABLE ANTHONY J. BATTAGLIA
UNITED STATES DISTRICT JUDGE